UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ruby Bilducia, | ) | No. CV-09-1370-PHX-SRB |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Thunderbird Collection Specialists, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties having filed a stipulation to dismiss this matter, with prejudice (Docket #22), and cause appearing,

IT IS ORDERED dismissing this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 8th day of March, 2010.

Susan R. Bolton
United States District Judge